**Garrett V. HAYRE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7086.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2003.

Before MICHEL, SCHALL and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.